**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| COVETRUS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMAN TAFFERE,<br><br>Defendant. | CIVIL ACTION<br>No. 2:25-CV-00395-LEW |

**PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER TO EXTEND EXPERT WITNESS DESIGNATION DEADLINES**

Plaintiff, Covetrus, Inc. ("Plaintiff" or "Covetrus"), respectfully moves for an Order to further amend the Court's Scheduling Order (originally issued September 8, 2025 (ECF No. 34) and amended on November 25, 2025 (ECF No. 52)) (the "Scheduling Order"), to extend the deadline for the Parties to Designate Experts by One Hundred Twenty (120) days, until March 21, 2026 for the Plaintiff, and until June 25, 2026 for the Defendant. If the Court grants Plaintiff's Motion to Stay Scheduling Order and Discovery Deadlines (ECF No. 67) ("Motion to Stay Deadlines"), then this Motion is moot, and the Court may disregard.

In support of this Motion, Plaintiff offers the following facts for the Court's consideration:

1. On September 8, 2025, this Court issued its Scheduling Order. In the Scheduling Order, the Court ordered (i) Plaintiff to designate expert witnesses by November 21, 2025, and (ii) Defendant to designate expert witnesses by December 26, 2025.
2. On October 1, 2025, Plaintiff filed a Motion to Alter or Amend (ECF No. 39) the Court's Temporary Restraining Order (ECF No. 31).
3. On November 21, 2025, Plaintiff filed a Consent Motion to Amend the Scheduling Order to Extend Expert Witness Designation Deadlines (ECF No. 51) on the grounds

that, based on the stage of litigation and Defendant's pending motions, Plaintiff was not in a position to determine what, if any, expert testimony would be necessary.

4. On November 25, 2025, the Court granted the Consent Motion (ECF No. 52). In the Order, the Court ordered (i) Plaintiff to designate expert witnesses by January 21, 2026, and (ii) Defendant to designate expert witnesses by February 25, 2026.
5. On December 5, 2025, the Court issued an Order granting Plaintiff's request for Supplemental Preliminary Injunctive Relief (ECF No. 61), ordering Defendant to turn over his personal electronic devices and email account to Stroz Friedberg for review and purging of Plaintiff's confidential information.
6. On December 8, 2025, Defendant filed a Notice of Interlocutory Appeal to the United States Court of Appeals for the First Circuit (ECF No. 62) (the "Appeal") of this Court's Order, dated December 5, 2025 (ECF No. 61). That Appeal has not resolved.
7. In light of Defendant's Appeal, on December 17, 2025, Plaintiff filed a Motion to Stay Discovery and Scheduling Order Deadlines Pending Appeal (ECF No.67).
8. The Court has not yet ruled on that Motion.
9. For purposes of efficiency and economy, Plaintiff has chosen not to engage in further substantial discovery until it learns from Stroz Friedberg what documents or information Defendant has retained on the Covetrus-issued laptop, as well as the devices and accounts that contain Plaintiff's information and property, as ordered by this Court.
10. In light of the Appeal and Plaintiff's pending motion (ECF No. 67), as well as the current stage of discovery, Plaintiff is still not in a position to determine whether they will designate expert witnesses and, if so, what expert witnesses may be necessary.

11. If the Court grants Plaintiff's pending Motion to Stay Deadlines (ECF No. 67), this Motion is moot, and the Court need not consider it. If the Court denies Plaintiff's Motion to Stay Deadlines, Plaintiff asks the Court to amend the Scheduling Order to provide for a 120-day extension of time for the Parties to submit expert witness designations.

12. This Motion is filed in good faith and not for the purpose of delay. No party will be prejudiced by the granting of this Motion.

13. Defendant has indicated that he does not consent to this Motion.

WHEREFORE, Covetrus respectfully requests that the Court grant this Motion and amend the Scheduling Order to extend the following deadlines: Plaintiff to designate expert witness(es) to March 21, 2026, and Defendant to designate expert witness(es) to June 25, 2026, as set forth above.

Respectfully Submitted,

Dated: January 21, 2026

/s/ *Peter A. Hale*
Peter A. Hale

/s/ *Daniel R. Strader*
Daniel R. Strader

PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
(207) 791-1100
phale@pierceatwood.com
dstrader@pierceatwood.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2026, I filed a copy of Plaintiff's Motion to Amend Scheduling Order to Extend Expert Witness Designation Deadlines with the Clerk of Court using the CM / ECF System, with a copy by email to Defendant Aman Taffere at: taffereaman@gmail.com.

Dated: January 21, 2026

/s/ *Peter A. Hale*
Peter A. Hale

/s/ *Daniel R. Strader*
Daniel R. Strader

PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
Tel: (207) 791-1100
dstrader@pierceatwood.com

*Counsel for Plaintiff*